IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-462-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1.  JERRY CLARK,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        As a reminder, the Final Trial Preparation Conference in this action is set for **February 18, 2011**.  The parties should be prepared to address the following issues at this conference:

    a.    Jury selection;
    b.    Sequestration of witnesses;
    c.    Presentation of exhibits to the jury;
    d.    Timing of presentation of witnesses and evidence;
    e.    Any anticipated evidentiary issues;
    f.    Any stipulations as to fact or law; and
    g.    Any other issue affecting the duration or course of the trial.

        Unless otherwise ordered, all pending motions will also be heard at the Final Trial Preparation Conference.

        The parties are encouraged to file their exhibit and witness lists with the court before the Final Trial Preparation Conference so that any evidentiary issues can be identified and resolved at the Conference if possible.

        In addition, the parties' proposed jury instructions will be considered at the Final Trial Preparation Conference.  In advance of the conference, therefore, counsel shall confer and submit their proposed Jury Instructions and Verdict Form as a single document in editable format, with stipulations and objections indicated, to the chambers e-mail account in a manner consistent with this court's standard procedures for submission of jury instructions (contained in Judge Kane's Memorandum Regarding Pretrial and Trial Procedures for civil cases).  The

parties' proposed instructions and verdict form shall be submitted no later than **February 11, 2011.**

Counsel shall note that Judge Kane has modified certain of the Tenth Circuit Form Instructions and requires these modifications to be used in all criminal trials. Counsel shall incorporate Judge Kane's revisions to the introductory <u>Pattern Jury Instructions, Criminal Cases</u>, Tenth Circuit (2005), specifically including Instructions 1.1, 1.2, and 1.3 from the attached set of sample instructions, as well as his instructions regarding Jury Deliberations and the Deliberations Process, reflected in Instructions 4.1 & 4.2.

Dated:  February 3, 2011