IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-462-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   JERRY CLARK,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The **Change of Plea Hearing** set for February 24, 2011 is **VACATED AND RESET** for **March 9, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on March 7, 2011.  The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

Dated:  February 11, 2011